<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7772**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TRACY R. SHIELDS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-99-170)

———————

Submitted: March 13, 2001          Decided: April 20, 2001

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Tracy R. Shields, Appellant Pro Se. William Edward Fitzpatrick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Tracy R. Shields seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion, which the court construed as filed under 28 U.S.C.A. § 2255 (West Supp. 2000). Even assuming that Shields' claim is not procedurally defaulted, a matter not addressed by the district court and one that we do not decide, the district court correctly held that Shields' sentence did not violate Apprendi v. New Jersey, 530 U.S. 466 (2000). See United States v. Kinter, 235 F.3d 192, 199-200 (4th Cir. 2000), pet. for cert. filed, Feb. 13, 2001 (No. 00-8591). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2